1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

8
9

RODNEY L. GARROTT,

                              Petitioner,

10      vs.

11    MAGGIE MILLER-STOUT,

12                              Respondent.

NO.  CV-10-278-JPH

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
TRANSFERRING PETITION TO
WESTERN DISTRICT OF
WASHINGTON

13
14
15
16
17
18

    Magistrate Judge Hutton filed a Report and Recommendation on August 23, 2010, recommending Mr. Garrott's habeas corpus petition be transferred to the Western District of Washington.  There being no objections, the court ADOPTS the Report and Recommendation.

19
20
21

    Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington.  No ruling has been made regarding Petitioner's application to proceed *in forma pauperis*.

22
23

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, and forward a copy to Petitioner.  The District Court Executive is further directed

24    //
25    //
26    //

27
28

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING
PETITION TO WESTERN DISTRICT OF WASHINGTON -- 1

to forward this file with a copy of this Order to the Clerk of the United States District Court for the Western District of Washington and close the file in this district.

**DATED** this___10th___day of September, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 2